UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YOTAM MAROM, et al.,

                        **Plaintiffs,**                15-CV-02017 (PKC)(SN)

          -against-                      **ORDER**

THE CITY OF NEW YORK, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 1, 2016, the parties appeared for a discovery conference. The Court issued rulings on the record disposing of a number of outstanding discovery disputes. In addition to those rulings, and as discussed at the conference, it is hereby ORDERED that:

**Discovery**. All discovery shall be completed by December 31, 2016.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by November 30, 2016. The letter should address: (1) any discovery that remains outstanding; (2) any discovery disputes that require a judicial ruling; (3) the schedule for outstanding depositions; and (4) any disputes regarding amended Requests for Admission, a draft of which the Plaintiffs shall serve upon defendants by November 23, 2016, followed by a meet and confer between the parties. The letter should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Briefing Regarding Non-Party Arrest Proceeding Documents**. Plaintiffs shall submit a letter brief, not to exceed five pages, regarding the propriety of and the need for obtaining non-party arrest processing information, by November 11, 2016. Defendants shall submit a response by November 18, 2016.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
November 1, 2016