Criminal Court of the City of New York
New York County
Misdemeanor Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| ▓▓▓▓▓▓ (F 31)<br>M12624790  03/17/2012 23:45<br>▓▓▓▓▓▓▓▓▓ | PL195.05<br>PL205.30<br>PL140.05<br>PL240.20(6) ROR | 2012NY022174 |
| ▓▓▓▓▓▓ (M 26)<br>M12624773  03/17/2012 23:45<br>▓▓▓▓▓▓▓▓▓ | PL195.05<br>PL205.30<br>PL140.05<br>PL240.20(6) ROR | 2012NY022175 |

Interpreter: Language _____  Screener: DEE, MIREILLE -

**Notices Served at Arraignment:**
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER: _____

**Adjournment:**
Part: B   Date: 5/24/ROR
**Bail Condition:**
_____ / _____
(Ins. Co. Bail Bond)  (Cash Bail)
- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☑ Deemed an Information
  Defense Motions Due: 4·19·2012
- ☐ T.O.P. / F.O.P.

**Documents:**
Served at Arraignment:  | Needed For Conversion
- ☐ Supporting Deposition  ☐
- ☐ DMV Abstract  ☐
- ☐ Lab Report/ Field Test  ☐
- ☐ DWI Paperwork  ☐
- ☐ Domestic Incident
- ☐ Family Registry
- ☐ Underlying T.O.P.  ☐

**Disposition:**
- ☐ ACD - CPL 170.55
- ☐ ACD - CPL 170.56
- ☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
- ☐ Investigation & Sentenced Ordered
- ☐ DNA-Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____

Mandatory Surcharge (and CVAF):
- ☐ Judgement Entered - All Fees
- ☐ $200 Misd.  ☐ $120 Viol.  ☐ $80 VTL*
- ☐ $395 VTL1192 Misd.*  ☐ $255 VTL1192(1) Infrac.*
*(For offenses on or after August 1, 2008)
- ☐ $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| MICHAEL GALGANO | | | |

Judge: _____

# APS DA DATASHEET

| Defendant #1 | Defendant #2 |
|---|---|
| Bail Rec: | Bail Rec: |
| Reasons: | Reasons: |
| Bail Req: ROR / Bail Set: | Bail Req: ROR / Bail Set: |

**OWS: DS REFUSE TO LEAVE PARK AFTER INSTRUCTED BY PARK DIRECTOR AND LT + RESIST ARREST**

-OWS: Protestors in park, around 11:30pm Mike Larkin, director of Brookfield properties yells over bullhorn in substance: PARK IS NOW CLOSED FOR CLEANING. EVERYONE MUST EXIT.
-Lt then started yelling over bullhorn: PARK IS NOW CLOSED FOR CLEANING. EVERYONE MUST EXIT.
-PO Galgano obs Ds not leaving
-PO obs Ds link arms with dozens of others and refuse to leave park
-POs arrest Ds
-**TARU footage

Statements Δ1:

Statements Δ2:

ID Δ1:

ID Δ2:

| Date: 3/19 | Race: 3/19 AR / AR3 | Special Instructions PO: 240.20 + Tsd (unless raps indicate otherwise) | Notice Checklist | DEF 1 | DEF 2 |
|---|---|---|---|---|---|
| ADA: Hollis MO | | Arraignment Notes: 4/19 J=C-i 4/19 5/24 B 5/24 B R+D R+D no O/R 240.20+Tsd no O/R | 710.30(1A) | | |
| Judge: Amaker / Edwards | | | 710.30(1B) | | |
| Court Reporter: McNeil / Filcin | | | 190.50(5A) | | |
| | | | Cross G.J | | |
| | | | OTP | | |
| | | | 170.20 | | |
| Adj. Date: | Adj Part: | | Request TOP | | |
| Reasons: | | | F & S Supp Dep. | | |
| | | | 450.10 48 Hour | | |
| | | | 450.10 15 Day | | |
| | | | Surety | | |
| | | | F & S Field Test | | |
| Δ/C #1: Pitz (PvT) | | Δ/C #2: G Oliva (PvT) | | | |


1324005


000183
1323988

Page 1 of 3
Created on: 03/18/12 at 7:30 PM
ACT 5 Version 4.3.5

| Screened on: | 3/18/2012 | ECAB Rating: | | Flags: |
|---|---|---|---|---|
| Screened by: | Dee | Bureau/Unit: | Trial Bureau 30 | |
| Flag to: | STOLFI COLLINS, PATRICIA | Bureau/Unit: | Trial Bureau 40 | |

## Defendant Arrest Detail

| No. | Defendant/Alias | Def Race | Arrest Date/Time/Location | Arrest Precinct | NYSID# | DAT Ret. Date | UF61 No. |
|---|---|---|---|---|---|---|---|
| 1 | K████ | | 3/17/2012 / 23:45 / 1 LIBERTY PLAZA NYC, NY | 1st Precinct | ███ | | 001688 |
| 2 | ████ | | 3/17/2012 / 23:45 / 1 LIBERTY PLAZA NYC, NY | 1st Precinct | ███ | | 001688 |

## Defendant Pedigree

| No. | Defendant | Residence Address | Work Address | Phone No. | I |
|---|---|---|---|---|---|
| 1 | ████ | ████ | | | N |
| 2 | ████ | ████ | | | N |

## PO Witnesses

| No. | Police Witness/PO Wit Type/Rank | Associated With | Interviewed | Shield No. | Tax. Reg. No. | Command/Code | RDO/Shift | Phone No. |
|---|---|---|---|---|---|---|---|---|
| 1 | Michael Galgano / Arresting Officer / POM | CASE | YES | 02671 | ███ | Patrol Boro Manhattan South Task Force / 136 | rotating /945/1820 | |
| 2 | Frank Viviano / / LCD | CASE | NO | 00000 | ███ | Patrol Boro Manhattan South Task Force / 136 | | |

## PO Witness Notes

| No. | Police Witness | Notes |
|---|---|---|
| 1 | Michael Galgano | c: 5164567619 |

## Civilian Witnesses

| No. | Civilian Witness/Witness Type | Contacted | Sex | DOB/Race | Residence Address | Work Address | Phone No. |
|---|---|---|---|---|---|---|---|
| 1 | Mike Larkin / EYE WITNESS | NO | | | | POB Brookfield Propertie 1 Liberty Plaza | |

## Civilian Witness Notes

| No. | Civilian Witness | Notes |
|---|---|---|

## Injuries

| No. | Person Injured | Extent of Injury | Treatment (Hospital / # of days) |
|---|---|---|---|

## Vouchers

| No. | Voucher No./Voucher Type | Item | Associated With | From Where | Recovered By |
|---|---|---|---|---|---|

## 911 Tape

| No. | Defendant | 911 Tape Description |
|---|---|---|


1324005


1323988    000184

Page 2 of 3
Created on: 03/18/12 at 7:30 PM
ACT 5 Version 4.3.5


1324005


000185
1323988

Page 3 of 3
Created on: 03/18/12 at 7:30 PM
ACT 5 Version 4.3.5