CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br>-against-<br><br>1. <br>2. Yotam Marom (M 26)      ECAB # 1324005<br><br>Defendants. | MISDEMEANOR<br>ADA STOLFI COLLINS<br>212-335-3557 |

Police Officer Michael Galgano, shield 02671 of the Patrol Boro Manhattan South Task Force, states as follows:

On March 17, 2012, at about 23:33 hours opposite of 1 Liberty Plaza in the County and State of New York, the Defendants committed the offenses of:

1. PL195.05     Obstruction of Governmental Administration in the Second Degree
                (defendant #1: 1 count)
                (defendant #2: 1 count)
2. PL205.30     Resisting Arrest
                (defendant #1: 1 count)
                (defendant #2: 1 count)
3. PL140.05     Trespass
                (defendant #1: 1 count)
                (defendant #2: 1 count)
4. PL240.20(6)  Disorderly Conduct
                (defendant #1: 1 count)
                (defendant #2: 1 count)

the defendants intentionally prevented and attempted to prevent a public servant from performing an official function by intimidation, physical force and interference and by means of an independently unlawful act; the defendants intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person; the defendants knowingly entered and remained unlawfully in and upon premises; and the defendants, with intent to cause public inconvenience, annoyance and alarm and recklessly creating a risk thereof, congregated in a public place with other persons and refused to comply with a lawful order of the police to disperse.

The offenses were committed under the following circumstances:



2012NY022175

## CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK -against- 1. ▮▮▮▮▮▮▮▮ 2. Yotam Marom (M 26)    ECAB # 1324005    Defendants. | MISDEMEANOR ADA STOLFI COLLINS 212-335-3557 |
|---|---|

Deponent states at the above listed location, to wit Zuccotti Park, deponent observed defendants inside said park. Deponent further states that deponent observed a male later identified as Mike Larkin yelling over a bullhorn to the crowd of individuals inside said park, including defendants, in substance: I AM MIKE LARKIN OF BROOKFIELD PROPERTIES THE PARK IS NOW CLOSED FOR CLEANING. EVERYONE MUST EXIT. Deponent further states that deponent observed Lieutenant Frank Viviano, of the Patrol Boro Manhattan South Task Force, then yell in substance over a bullhorn: THE PARK IS NOW CLOSED FOR CLEANING. EVERYONE MUST EXIT.

Deponent further states that deponent observed defendants refuse to leave. Deponent states that deponent observed defendants resisting arrest in that defendants did: (i) sit down on the ground, (ii) interlock defendants' arms with several separately charged defendants, and (iii) refuse to place defendants' hands behind defendants' backs.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____         3/18/2012   7:28 pm
Deponent                        Date and Time

ACT 5 Version 4.3.5 Created on 03/18/12 7:24 PM

D191