# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

**DISMISSED SEALED**
pursuant to Section 160.50 of the CPL

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| NOV 23 2012 | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| **Part** B | | **Interpreter** | | |
| **Judge** J. SCHECTOR | | **Reason for Adjournment**<br>☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program | | |
| **Reporter** SHARON MORRISON, OFFICIAL COURT REPORTER | ☐ TOP<br><br>Bail Condition _____ Judge | **Notify**<br>☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney | | |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| **Part** | | **Interpreter** | | |
| **Judge** | | **Reason for Adjournment**<br>☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program | | |
| **Reporter** | ☐ TOP<br><br>Bail Condition _____ Judge | **Notify**<br>☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney | | |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| **Part** | | **Interpreter** | | |
| **Judge** | | **Reason for Adjournment**<br>☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program | | |
| **Reporter** | ☐ TOP<br><br>Bail Condition _____ Judge | **Notify**<br>☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney | | |

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____ | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____

CRC 3031 (04/2012)

D182

# RECORD OF COURT ACTION

Form CRC 151.1

| Date | Court Action | **1** | Adj. Request | Present | Absent | Notify | Excused |
|---|---|---|---|---|---|---|---|
| | | | People | Officer | Officer | Officer | Officer |
| Part | ACD 170°55 | | Defense | Complainant | Complainant | Complainant | Complainant |
| | HON KOTLER RPTR PT B MAY 17 2012 | | Consent | (Defendant) | Defendant | Defendant | |
| Reporter | | | Court | (Attorney) | Attorney | Attorney | |

Reason for Adjournment  Oliver

SPEEDY TRIAL
_____Adjournment period to be excluded under 30.30 CPL
_____Adjournment period to be charged under 30.30 CPL
_____The defendant, being without counsel, consents to this adjournment after having been advised of his rights under the Speedy Trial Rules and the effect of his consent.

Judge

Bail Condition  _____The defendant, upon being released on his own recognizance, was directed by the Court pursuant to Sec. 510.40 of the CPL.

---

(Sections 2, 3, 4 blank)

Court No.                        Defendant                        **RECORD OF COURT ACTION**

D183

# Criminal Court of the City of New York
## New York County
### Misdemeanor Complaint

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| [REDACTED] SEALED pursuant to 160.50 CPL 163 NELSON STREET BROOKLYN NY 11231 | PL195.05 PL205.30 PL140.05 PL240.20(6) PL140.05 PL240.20(6) | 2012NY022175 |

Interpreter: Language _____  Screener: DEE MIREILLE - TRLBC...

**Notices Served at Arraignment:**
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER: _____

**Adjournment:**
Part: B   Date: 5/24/12 RTD
**Bail Condition:**
_____/ ROR-C
(Ins. Co. Bail Bond)   (Cash Bail)

- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☒ Deemed an Information
- Defense Motions Due: 4/19/12
- ☐ T.O.P. / F.O.P.

**Documents Served at Arraignment:** / **Needed For Conversion**
- ☐ Supporting Deposition  ☐
- ☐ DMV Abstract  ☐
- ☐ Lab Report/ Field Test  ☐
- ☐ DWI Paperwork  ☐
- ☐ Domestic Incident
- ☐ Family Registry
- ☐ Underlying T.O.P.  ☐

**Disposition:**
- ☐ ACD - CPL 170.55
- ☐ ACD - CPL 170.56
- ☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
- ☐ Investigation & Sentenced Ordered
- ☐ DNA-Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
- ☐ Judgement Entered - All Fees
- ☐ $200 Misd.  ☐ $120 Viol.  ☐ $80 VTL*
- ☐ $395 VTL1192 Misd.*  ☐ $255 VTL1192(1) Infrac.*
*(For offenses on or after August 1, 2008)
- ☐ $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| MICHAEL GALGANO | J.FILION | MAR 19 2012 | AR 3 |

Judge: _____ / HON. ERIKA M. EDWARDS

T - No offer/rec