```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK                        CERTIFICATE OF DISPOSITION
                                                NUMBER:  416484
THE PEOPLE OF THE STATE OF NEW  YORK
                    VS

MAROM,YOTAM                               02/26/1986
Defendant                                 Date of Birth

163 NELSON STREET                         11814519J
Address                                   NYSID Number

BROOKLYN             NY    11216          03/17/2012
City               State   Zip            Date of Arrest/Issue

Docket Number: 2012NY022175               Summons No:

205.30 195.05 240.20 140.05
Arraignment Charges


Case Disposition Information:

   Date        Court Action                   Judge          Part
05/24/2012  ADJOURNED - CPL SECTION 170.55  KOTLER,L          B
11/23/2012  DISMISSED - CPL SECTION 170.55  SCHECTER,J        B
```

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

  I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

FANELLI,R                                 08/14/2015
COURT OFFICIAL SIGNATURE AND SEAL         DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



SEALED

Pursuant to Section 160.50 of the CPL

D043