# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

IN THE MATTER OF

Joseph Sharkey (M 30)

1324012

Defendant

| | |
|---|---|
| Charge: | PL195.05 |
| NYSID Number: | 11814580K |
| Arrest Number: | M12624797 |
| Arresting Officer: | Michael Galgano |
| Tax ID: | |
| Command: | Patrol Boro Manhattan South Task Force |
| Occurrence Date: | 03/17/12 |
| Occurrence Time: | 11:33 PM |
| Location: | opposite of 1 Liberty Plaza |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

This case is being declined for further investigation. Although the defendant was part of the Zuccotti Park protest, which included forming a human chain to resist being removed from the park, the arresting officer is unable to personally attest to the criminal conduct of this defendant. Further, at this time, the arresting officer is unable to say which of his fellow officers observed the defendant engaging in such conduct. As such, this case is being declined until such time as a witness can attest to the defendant's criminal conduct based upon the witness's personal observations or upon properly authenticated video.

DATED: Sunday, March 18, 2012

BY: _____
STOLFI COLLINS, PATRICIA
Form CHg for ADA Patricia Stolfi-Collins

BY: _____
SUPERVISING ADA (SIGN)

Joshua Steinglass
SUPERVISING ADA (PRINT)

ACT 5 Version 4.3.5 Created on 03/18/12 11:37 PM

D571