

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS:** SEALED | Arrest ID: M12624780 - K |
| **Arrest Location:** OPPOSITE OF 1 LIBERTY PLAZA | Pct: 001 |

Arrest Date: 03-17-2012   Processing Type: ON LINE
Time: 23:45:00   DCJS Fax Number: MO015720
Sector: E   Special Event Code: WA - OCCUPY WALL STREET
Strip Search Conducted:   DAT Number: 0
Viper Initiated Arrest:
Stop And Frisk: NO   Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**   Arrest #: M12624780

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-001-01688 | 2012-03-18 | Valid, Initial Arrests made | 2012-03-17 | 23:33 |

| SEALED | | | | SEALED |

**CHARGES:**   Arrest #: M12624780

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |
| #02 | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #03 | No | PL 140.05 | V | | 0 | 1 TRESPASS |
| #04 | No | PL 240.20 06 | V | | 0 | 1 DIS/CON:REFUSING TO MOVE ON |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |

| SEALED | | | | | SEALED |

**DETAILS:**   Arrest #: M12624780

AT T/P/O BROOKFIELD PROPERTY DIRECTOR MIKE LARKIN AND LT.VIVIANO OF MSTF INFORMED THE CROWD THAT THEY HAD TO LEAVE ZUCCOTTI PARK SO IT COULD BE CLEANED OF DEBRIS. ARRESTEE REFUSED TO LEAVE. ARRESTEE WAS INFORMED BY A/O THEY WERE UNDER ARREST. ARRESTEE RESISTED BY LYING ON THE GROUND, INTERLOCKING ARMS WITH OTHERS AND REFUSING TO PLACE HANDS BEHIND THEIR BACKS.

| SEALED | SEALED |

NYSID #: 11814506Z   Arrest #: M12624780

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: NO

D274 CONFIDENTIAL ATTORNEYS EYES ONLY

http://omniform.nypd.org/omniform/globalreports/arrestFilter.do   12/5/2016

| | | |
|---|---|---|
| Accent: **NO** | Soc.Security #: | Gang/Crew Affiliation: **NO** |
| | Occupation: **UNKNOWN** | Name: |
| Identification ID: | | Identifiers: |
| Identification #: | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | |
| Drug Used: **NONE** | Lic/Permit No: | |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:            N.Y.C. Transit Employee: NO

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**           Make:              Recovered:
Non-Firearm Weapon:                        Color:    Serial Number Defaced:
Other Weapon Description:                  Caliber:         Serial Number:
                                           Type:
                                           Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | REFUSED ORDER TO LEAVE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - DARK BLUE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

**JUVENILE DATA:**                                           Arrest #: **M12624780**

Juvenile Offender:      Relative Notified:   Personal Recog:
Number Of Priors: 0     Name:
School Attending:       Phone Called:
Mother's Maiden Name:   Time Notified:

| SEALED | SEALED |
|---|---|

**ASSOCIATED ARRESTS:**                                      Arrest #: **M12624780**

ARREST ID   COMPLAINT #

M12624766   2012-001-01688

M12624773   2012-001-01688

| | |
|---|---|
| M12624774 | 2012-001-01688 |
| M12624775 | 2012-001-01688 |
| M12624776 | 2012-001-01688 |
| M12624781 | 2012-001-01688 |
| M12624783 | 2012-001-01688 |
| M12624785 | 2012-001-01688 |
| M12624787 | 2012-001-01688 |
| M12624790 | 2012-001-01688 |
| M12624791 | 2012-001-01688 |
| M12624792 | 2012-001-01688 |
| M12624794 | 2012-001-01688 |
| M12624797 | 2012-001-01688 |
| M12624799 | 2012-001-01688 |
| M12624801 | 2012-001-01688 |
| M12624803 | 2012-001-01688 |
| M12624807 | 2012-001-01688 |
| M12624808 | 2012-001-01688 |
| M12624810 | 2012-001-01688 |
| M12624811 | 2012-001-01688 |
| M12624813 | 2012-001-01688 |
| M12624816 | 2012-001-01688 |
| M12624820 | 2012-001-01688 |
| M12624821 | 2012-001-01688 |
| M12624824 | 2012-001-01688 |
| M12624825 | 2012-001-01688 |
| M12624827 | 2012-001-01688 |
| M12624828 | 2012-001-01688 |
| M12624831 | 2012-001-01688 |
| M12624832 | 2012-001-01688 |
| M12624833 | 2012-001-01688 |
| M12624834 | 2012-001-01688 |
| M12624835 | 2012-001-01688 |
| M12624836 | 2012-001-01688 |
| M12624837 | 2012-001-01688 |
| M12624838 | 2012-001-01688 |
| M12624839 | 2012-001-01688 |
| M12624840 | 2012-001-01688 |
| M12624843 | 2012-001-01688 |
| M12624846 | 2012-001-01688 |
| M12624847 | 2012-001-01688 |
| M12624851 | 2012-001-01688 |

D276 CONFIDENTIAL ATTORNEYS EYES ONLY

|   |   |   |
|---|---|---|
|   | 2012-001-01688 |   |
| M12624856 | 2012-001-01688 |   |
| M12624857 | 2012-001-01688 |   |
| M12624858 | 2012-001-01688 |   |
| M12624860 | 2012-001-01688 |   |
| M12624862 | 2012-001-01688 |   |
| M12624866 | 2012-001-01688 |   |

| SEALED | | SEALED |
|---|---|---|

**No Vehicles for Arrest #**

| SEALED | | SEALED |
|---|---|---|

**DEFENDANTS CALLS:**                              Arrest #: M12624780

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- |   |   |   | REFUSED |

| SEALED | | SEALED |
|---|---|---|

**INVOICES:**                                     Arrest #: M12624780

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

| SEALED | | SEALED |
|---|---|---|

**ARRESTING OFFICER: POM MICHAEL GALGANO**       Arrest #: M12624780

| Tax Number: 920306 | On Duty: YES | **Force Used:** YES |
|---|---|---|
| Other ID (non-NYPD): 920306 | In Uniform: YES | Type: OTHER |
| Shield: 2671 | Squad: 04 | Reason: RSTRAIN/CONTRL/REMV |
| Department: NYPD | Chart: 04 | Officer Injured: NO |
| Command: 136 | Primary Assignment: | |

| SEALED | | SEALED |
|---|---|---|

| Arresting Officer Name: POM GALGANO, MICHAEL | Tax #: 920306 | Command: 136 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT BLANCO FIOR | Tax #: 917045 | Command: 136 | Agency: NYPD |
| Report Entered by: POF BOYLE, CYNTHIA | Tax #: 906657 | Command: 136 | Agency: NYPD |

**END OF ARREST REPORT**
**M12624780**

D277 CONFIDENTIAL ATTORNEYS EYES ONLY



# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: M12624797 - Y** |
| **Arrest Location:** OPPOSITE OF 1 LIBERTY PLAZA | **Pct: 001** |

**Arrest Date:** 03-17-2012   **Processing Type:** ON LINE
**Time:** 23:45:00   **DCJS Fax Number:** MO015736
**Sector:** E   **Special Event Code:** WA - OCCUPY WALL STREET
**Strip Search Conducted:**   **DAT Number:** 0
**Viper Initiated Arrest:**
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

### COMPLAINTS:   Arrest #: M12624797

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-001-01688 | 2012-03-18 | Valid, Initial Arrests made | 2012-03-17 | 23:33 |

| SEALED | SEALED |
|---|---|

### CHARGES:   Arrest #: M12624797

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |
| #02 | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #03 | No | PL 140.05 | V | 0 | 1 | TRESPASS |
| #04 | No | PL 240.20 06 | V | 0 | 1 | DIS/CON:REFUSING TO MOVE ON |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C. | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

### DETAILS:   Arrest #: M12624797

AT T/P/O BROOKFIELD PROPERTY DIRECTOR MIIKE LARKIN AND LT. VIVIANO OF MSTF INFORMED THE CROWD THAT THEY HAD TO LEAVE ZUCOTTI PARK SO IT COULD BE CLEANED OF DEBRIS. ARRESTEE REFUSED TO LEAVE. ARRESTEE WAS INFORMED BY A/O THEY WERE UNDER ARREST. ARRESTEE RESISTED BY LYING ON THE GROUND, INTERLOCKING ARMS WITH OTHERS AND REFUSING TO PLACE HANDS BEHIND THEIR BACKS.

| SEALED | SEALED |
|---|---|

**NYSID #:** 11814580K   **Arrest #:** M12624797

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: NO

D280 CONFIDENTIAL ATTORNEYS EYES ONLY

| | | | |
|---|---|---|---|
| Accent: **NO** | #: | Gang/Crew Affiliation: **NO** | |
| | Occupation: **UNKNOWN** | Name: | |
| Identification ID: | | Identifiers: | |
| Identification #: | | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | | |
| Drug Used: **NONE** | Lic/Permit No: | | |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee: **NO**   On Duty: **NO**
Development:        N.Y.C. Transit Employee: **NO**

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**        Make:           Recovered:
Non-Firearm Weapon:                    Color:    Serial Number Defaced:
Other Weapon Description:              Caliber:        Serial Number:
                                       Type:
                                       Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | REFUSED ORDER TO LEAVE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - DARK BLUE |
| CLOTHING | OUTERWEAR - SPORT / DRESS JACKET - GRAY |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                            **SEALED**

**JUVENILE DATA:**                                        Arrest #: **M12624797**

Juvenile Offender:   Relative Notified:  Personal Recog:
Number Of Priors: **0**      Name:
School Attending:        Phone Called:
Mother's Maiden Name:    Time Notified:

**SEALED**                                                            **SEALED**

**ASSOCIATED ARRESTS:**                                  Arrest #: **M12624797**

ARREST ID  COMPLAINT #
M12624766  2012-001-01688
M12624773  2012-001-01688
M12624774  2012-001-01688

| Arrest ID | Case Number |
|---|---|
| M12624775 | 2012-001-01688 |
| M12624776 | 2012-001-01688 |
| M12624780 | 2012-001-01688 |
| M12624781 | 2012-001-01688 |
| M12624783 | 2012-001-01688 |
| M12624785 | 2012-001-01688 |
| M12624787 | 2012-001-01688 |
| M12624790 | 2012-001-01688 |
| M12624791 | 2012-001-01688 |
| M12624792 | 2012-001-01688 |
| M12624794 | 2012-001-01688 |
| M12624799 | 2012-001-01688 |
| M12624801 | 2012-001-01688 |
| M12624803 | 2012-001-01688 |
| M12624807 | 2012-001-01688 |
| M12624808 | 2012-001-01688 |
| M12624810 | 2012-001-01688 |
| M12624811 | 2012-001-01688 |
| M12624813 | 2012-001-01688 |
| M12624816 | 2012-001-01688 |
| M12624820 | 2012-001-01688 |
| M12624821 | 2012-001-01688 |
| M12624824 | 2012-001-01688 |
| M12624825 | 2012-001-01688 |
| M12624827 | 2012-001-01688 |
| M12624828 | 2012-001-01688 |
| M12624831 | 2012-001-01688 |
| M12624832 | 2012-001-01688 |
| M12624833 | 2012-001-01688 |
| M12624834 | 2012-001-01688 |
| M12624835 | 2012-001-01688 |
| M12624836 | 2012-001-01688 |
| M12624837 | 2012-001-01688 |
| M12624838 | 2012-001-01688 |
| M12624839 | 2012-001-01688 |
| M12624840 | 2012-001-01688 |
| M12624843 | 2012-001-01688 |
| M12624846 | 2012-001-01688 |
| M12624847 | 2012-001-01688 |
| M12624851 | 2012-001-01688 |
| M12624853 | 2012-001-01688 |

D282 CONFIDENTIAL ATTORNEYS EYES ONLY

|            |               |
|------------|---------------|
|            | 2012-001-01688 |
| M12624857  | 2012-001-01688 |
| M12624858  | 2012-001-01688 |
| M12624860  | 2012-001-01688 |
| M12624862  | 2012-001-01688 |
| M12624866  | 2012-001-01688 |

| SEALED | SEALED |
|--------|--------|

**No Vehicles for Arrest #**

| SEALED | SEALED |
|--------|--------|

**DEFENDANTS CALLS:**                                    Arrest #: M12624797

CALL # NUMBER DIALED  NAME - PROVIDED BY DEFENDANT  NAME AS LISTED IN CELL PHONE  RELATIONSHIP  CALL COMPLETED
1        - -                              REFUSED

| SEALED | SEALED |
|--------|--------|

**INVOICES:**                                             Arrest #: M12624797

INVOICE# COMMAND PROPERTY TYPE VALUE

| SEALED | SEALED |
|--------|--------|

**ARRESTING OFFICER:** POM MICHAEL GALGANO          Arrest #: M12624797

| Tax Number: 920306          | On Duty: YES        | **Force Used:** YES              |
| Other ID (non-NYPD): 920306 | In Uniform: YES     | Type: OTHER                      |
| Shield: 2671                | Squad: 04           | Reason: RSTRAIN/CONTRL/REMV      |
| Department: NYPD            | Chart: 04           | Officer Injured: NO              |
| Command: 136                | Primary Assignment: |                                  |

| SEALED | SEALED |
|--------|--------|

| Arresting Officer Name:<br>POM GALGANO, MICHAEL | Tax #:<br>920306 | Command:<br>136 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT BLANCO FIOR         | Tax #:<br>917045 | Command:<br>136 | Agency:<br>NYPD |
| Report Entered by:<br>POF BOYLE, CYNTHIA         | Tax #:<br>908657 | Command:<br>136 | Agency:<br>NYPD |

**END OF ARREST REPORT**
**M12624797**



# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| *RECORD STATUS: SEALED* | **Arrest ID: M12624808 - H** |
| **Arrest Location:** OPPOSITE OF 1 LIBERTY PLAZA | **Pct: 001** |

**Arrest Date:** 03-17-2012    Processing Type: **ON LINE**
**Time:** 23:45:00    DCJS Fax Number: MO015747
Sector: E    Special Event Code: **WA - OCCUPY WALL STREET**
Strip Search Conducted:    DAT Number: 0
Viper Initiated Arrest:
Stop And Frisk: **NO**    Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**    Arrest #: **M12624808**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-001-01688 | 2012-03-18 | Valid, Initial Arrests made | 2012-03-17 | 23:33 |

| SEALED | | | SEALED |
|---|---|---|---|

**CHARGES:**    Arrest #: **M12624808**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |
| #02 | No | PL 205.30 | M | A | 1 | RESISTING ARREST |
| #03 | No | PL 140.05 | V | | 0 | 1 TRESPASS |
| #04 | No | PL 240.20 06 | V | | 0 | 1 DIS/CON:REFUSING TO MOVE ON |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | | SEALED |
|---|---|---|

**DETAILS:**    Arrest #: **M12624808**

AT T/P/O BROOKFIELD PROPERTY DIRECTOR MIKE LARKIN AND LT.VIVIANO OF MSTF INFORMED THE CROWD THAT THEY HAD TO LEAVE ZUCOTTI PARK SO IT COULD BE CLEANED OF DEBRIS. ARRESTEE REFUSED TO LEAVE. ARRESTEE WAS INFORMED BY A/O THEY WERE UNDER ARREST. ARRESTEE RESISTED BY LYING ON THE GROUND, INTERLOCKING ARMS WITH AND REFUSING TO PLACE HANDS BEHIND THEIR BACKS

| SEALED | | SEALED |
|---|---|---|

D268 CONFIDENTIAL ATTORNEYS EYES ONLY



| | |
|---|---|
| **Physical Force:** NONE | |

| Gun: | | |
|---|---|---|
| Weapon Used/Possessed: NONE | Make: | Recovered: |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |
| | Type: | |
| | Discharged: NO | |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| MODUS OPERANDI | REFUSED ORDER TO LEAVE |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | OUTERWEAR - SPORT / DRESS JACKET - GRAY |
| CLOTHING | FOOTWEAR - SNEAKERS - BLUE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | | SEALED |
|---|---|---|

| JUVENILE DATA: | | Arrest #: M12624808 |
|---|---|---|
| Juvenile Offender: | Relative Notified: Personal Recog: | |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

| SEALED | | SEALED |
|---|---|---|

| ASSOCIATED ARRESTS: | Arrest #: M12624808 |
|---|---|

| ARREST ID | COMPLAINT # |
|---|---|
| M12624766 | 2012-001-01688 |
| M12624773 | 2012-001-01688 |
| M12624774 | 2012-001-01688 |

D269 CONFIDENTIAL ATTORNEYS EYES ONLY

| | |
|---|---|
| M12624775 | 2012-001-01688 |
| M12624776 | 2012-001-01688 |
| M12624780 | 2012-001-01688 |
| M12624781 | 2012-001-01688 |
| M12624783 | 2012-001-01688 |
| M12624785 | 2012-001-01688 |
| M12624787 | 2012-001-01688 |
| M12624790 | 2012-001-01688 |
| M12624791 | 2012-001-01688 |
| M12624792 | 2012-001-01688 |
| M12624794 | 2012-001-01688 |
| M12624797 | 2012-001-01688 |
| M12624799 | 2012-001-01688 |
| M12624801 | 2012-001-01688 |
| M12624803 | 2012-001-01688 |
| M12624807 | 2012-001-01688 |
| M12624810 | 2012-001-01688 |
| M12624811 | 2012-001-01688 |
| M12624813 | 2012-001-01688 |
| M12624816 | 2012-001-01688 |
| M12624820 | 2012-001-01688 |
| M12624821 | 2012-001-01688 |
| M12624824 | 2012-001-01688 |
| M12624825 | 2012-001-01688 |
| M12624827 | 2012-001-01688 |
| M12624828 | 2012-001-01688 |
| M12624831 | 2012-001-01688 |
| M12624832 | 2012-001-01688 |
| M12624833 | 2012-001-01688 |
| M12624834 | 2012-001-01688 |
| M12624835 | 2012-001-01688 |
| M12624836 | 2012-001-01688 |
| M12624837 | 2012-001-01688 |
| M12624838 | 2012-001-01688 |
| M12624839 | 2012-001-01688 |
| M12624840 | 2012-001-01688 |
| M12624843 | 2012-001-01688 |
| M12624846 | 2012-001-01688 |
| M12624847 | 2012-001-01688 |
| M12624851 | 2012-001-01688 |
| M12624853 | 2012-001-01688 |

D270 CONFIDENTIAL ATTORNEYS EYES ONLY

|  |  |
|---|---|
| 2012-001-01688 | |
| M12624857  2012-001-01688 | |
| M12624858  2012-001-01688 | |
| M12624860  2012-001-01688 | |
| M12624862  2012-001-01688 | |
| M12624866  2012-001-01688 | |

| SEALED | SEALED |
|---|---|

**No Vehicles for Arrest #**

| SEALED | SEALED |
|---|---|

| **DEFENDANTS CALLS:** | Arrest #: M12624808 |
|---|---|

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | -- | REFUSED | | | |

| SEALED | SEALED |
|---|---|

| **INVOICES:** | Arrest #: M12624808 |
|---|---|

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

| SEALED | SEALED |
|---|---|

| **ARRESTING OFFICER: POM MICHAEL GALGANO** | Arrest #: M12624808 |
|---|---|
| Tax Number: 920306      On Duty: YES<br>Other ID (non-NYPD): 920306   In Uniform: YES<br>Shield: 2671           Squad: 04<br>Department: NYPD        Chart: 04<br>Command: 136     Primary Assignment: | **Force Used:** YES<br>Type: OTHER<br>Reason: RSTRAIN/CONTRL/REMV<br>Officer Injured: NO |

| SEALED | SEALED |
|---|---|

| Arresting Officer Name:<br>POM GALGANO, MICHAEL | Tax #:<br>920306 | Command:<br>136 | Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving:<br>SGT BLANCO FIOR | Tax #:<br>917045 | Command:<br>136 | Agency:<br>NYPD |
| Report Entered by:<br>POF BOYLE, CYNTHIA | Tax #:<br>906657 | Command:<br>136 | Agency:<br>NYPD |

END OF ARREST REPORT<br>M12624808

D271 CONFIDENTIAL ATTORNEYS EYES ONLY