## DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | Charge: PL 1950500 |
| ▓▓▓▓▓ (F 25) | NYSID Number: ▓▓▓▓▓ |
| 1323995 | Arrest Number: M12624780 |
| | Arresting Officer: Michael Galgano |
| | Tax ID: ▓▓▓▓▓ |
| | Command: Patrol Boro Manhattan South Task Force |
| | Occurrence Date: 03/17/12 |
| Defendant | Occurrence Time: 11:33 PM |
| | Location: at 1 LIBERTY PLAZA NYC, NY |

### DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

This case is being declined for further investigation. Although the defendant was part of the Zuccotti Park protest, which included forming a human chain to resist being removed from the park, the arresting officer is unable to personally attest to the criminal conduct of this defendant. Further, at this time, the arresting officer is unable to say which of his fellow officers observed the defendant engaging in such conduct. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DATED: Sunday, March 18, 2012

BY: _____
Choi, Erin

BY: _____
SUPERVISING ADA (SIGN)

Joshua Steinglass
SUPERVISING ADA (PRINT)

ACT 5 Version 4.3.5 Created on 03/18/12 11:37 PM

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | Charge: PL 1950500 |
| | NYSID Number: |
| ▮▮▮▮▮▮▮▮ (M 41) | Arrest Number: M12624808 |
| 1324023 | Arresting Officer: Michael Galgano |
| | Tax ID: |
| | Command: Patrol Boro Manhattan South Task Force |
| | Occurrence Date: 03/17/12 |
| Defendant | Occurrence Time: 11:33 PM |
| | Location: at 1 LIBERTY PLAZA NYC, NY |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

This case is being declined for further investigation. Although the defendant was part of the Zuccotti Park protest, which included forming a human chain to resist being removed from the park, the arresting officer is unable to personally attest to the criminal conduct of this defendant. Further, at this time, the arresting officer is unable to say which of his fellow officers observed the defendant engaging in such conduct▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DATED: Sunday, March 18, 2012

BY: _____
Choi, Erin

BY: _____
SUPERVISING ADA (SIGN)

Joshua Steinglass
SUPERVISING ADA (PRINT)

ACT 5 Version 4.3.5 Created on 03/18/12 11:36 PM