UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YOTAM MAROM AND MIRIAM ROCEK,

                              Plaintiffs,                    15-cv-2017 (PKC)

      -against-

                                                    ORDER

NYPD SERGEANT FIOR BLANCO, NYPD
LEGAL BUREAU LIEUTENANT DANIEL
ALBANO, NYPD LEGAL BUREAU
DETECTIVE KENNETH O'DONNELL, NYPD
OFFICER MICHAEL GALGANO, SHIELD NO.
2671, AND NYPD OFFICER CYNTHIA
BOYLE, SHIELD 06663,

                              Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff Yotam Marom's motion (Doc 166) to reconsider this Court's grant of summary judgment on his fair trial claim is DENIED.

        Plaintiff Miriam Rocek shall file her proposed voir dire, proposed jury instructions, proposed verdict sheet and any in limine motions by January 17, 2020. Also by January 17, plaintiff shall deliver her portion of the proposed Joint Pre-Trial Order to defendants. Defendants shall file their proposed voir dire, proposed jury instructions, proposed verdict sheet and any in limine motions by January 31, together with their response to plaintiff's in limine motions. Plaintiff shall respond to defendants in limine motions by February 14, 2020. The parties shall file the proposed Joint Pre-Trial Order by February 14, 2020. The Final Pre-Trial Conference will be held on March 20, 2020 at 3 p.m. The case is set as first back-up trial to United States v. Niket Jain, 19 cr 59(PKC).

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 13, 2019