UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YOTAM MAROM AND MIRIAM ROCEK,

                              Plaintiffs,                          15-cv-2017 (PKC)

            -against-

                                                                   AMENDED ORDER

NYPD SERGEANT FIOR BLANCO, NYPD
LEGAL BUREAU LIEUTENANT DANIEL
ALBANO, NYPD LEGAL BUREAU
DETECTIVE KENNETH O'DONNELL, NYPD
OFFICER MICHAEL GALGANO, SHIELD NO.
2671, AND NYPD OFFICER CYNTHIA
BOYLE, SHIELD 06663,

                              Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

            Plaintiff Yotam Marom's motion (Doc 166) to reconsider this Court's grant of

summary judgment on his fair trial claim is DENIED.

            Plaintiff Miriam Rocek shall file her proposed voir dire, proposed jury

instructions, proposed verdict sheet and any in limine motions by January 17, 2020.  Also by

January 17, plaintiff shall deliver her portion of the proposed Joint Pre-Trial Order to defendants.

Defendants shall file their proposed voir dire, proposed jury instructions, proposed verdict sheet

and any in limine motions by January 31, together with their response to plaintiff's in limine

motions.  Plaintiff shall respond to defendants in limine motions by February 14, 2020.  The

parties shall file the proposed Joint Pre-Trial Order by February 14, 2020.  The Final Pre-Trial

Conference will be held on March 20, 2020 at 3 p.m.  The case is set as first back-up trial to

United States v. Niket Jain, 19 cr 59(PKC) on March 30, 2020 at 10 a.m..

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       November 14, 2019

# 2019 - 2020 Trial

| | | | |
|---|---|---|---|
| October 2, 2019 | Trial | S2 15 CR 379<br>USA v. Juan Antonio<br>Hernandez Alvarado | 10 days |
| December 3, 2019 | BENCH TRIAL | 17 Civ. 8223<br>SEC v. Rashid | ? |
| January 21, 2020 | Trial | 18 CR 871<br>USA v. Saeed Malik<br>    Thomas Norris | 1 week |
| January 28, 2020 | Trial | 19 CR 464<br>USA v. Bryan Pivnick | 1 week |

FIRST BACK UP TO PIVNICK

| | | | |
|---|---|---|---|
| January 28, 2020 | Trial | 15 Civ. 4455<br>Peralta v. PO Steven Gliner | 1 week |
| February 10, 2020 | Trial | 19 CR 521<br>USA v. Peter Bright | 1 week |
| March 30, 2020 | Trial | 19 Cr. 59<br>USA v. Niket Jain | 1 week |
| April 6, 2020 | Trial | 19 CR 395<br>USA v. Vance Collins<br>And Ramon Ramirez | 1 week |

# Part One

Week of January 6, 2020
Week of January 13, 2020