UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

YOTAM MAROM, *et al.,*                                           ORDER
                                                                15-cv-2017 (PKC)(SN)
                  **Plaintiffs,**

         **v.**

CITY OF NEW YORK, *et al.,*

                  **Defendants.**
--------------------------------------------------------X

The pre-trial deadlines set forth in Doc. 175 are hereby adjusted as follows:

- Plaintiff Miriam Rocek shall file her proposed *voir dire*, proposed jury instructions, proposed verdict sheet and any *in limine* motions by **January 24, 2020**;

- Also **by January 24, 2020**, plaintiff shall deliver her portion of the proposed Joint Pre-Trial Order to defendants;

- Defendants shall file their proposed *voir dire*, proposed jury instructions, proposed verdict sheet and any *in limine* motions, together with their response to plaintiff's *in limine* motions, by **February 7, 2020**;

- Plaintiff shall respond to defendants' *in limine* motions by **February 21, 2020**;

- The parties shall file the proposed Joint Pre-Trial Order by **February 21, 2020**; and

- The Final Pre-Trial Conference will be held on **March 20, 2020** at 3 p.m.

DATED: January ___9___, 2020

_____
P. Kevin Castel, U.S.D.J.