

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**BRACHAH GOYKADOSH**
*Senior Counsel*
bgoykado@law.nyc.gov
Phone: (212) 356-3523
Fax: (212) 356-1148

January 10, 2020

**By ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

*The Final Pretrial Conference will be held on March 18, 2020 at 2:30 p.m.*
*SO ORDERED*
*[signature] USDJ*
*1-10-20*

Re: *Miriam Roceck v. City of New York, et al.*, 15 Civ. 2017 (PKC) (SN)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense in the above-referenced matter. I write to respectfully request that the Court adjourn the final pre-trial conference currently scheduled for March 20, 2020 at 3 p.m.

As the Court is aware, trial is scheduled to commence in this matter on March 30, 2020. ECF No. 175. There is a final pre-trial conference scheduled for Friday, March 20, 2020 at 3 p.m. ECF No. 185. Defendants now seek an adjournment of that conference. The reason for this request is that the undersigned is a Sabbath observer and must travel home to observe the Sabbath well before sundown on Friday afternoons. A conference scheduled for 3 p.m. on a Friday may pose a conflict with this observance. Defendants have conferred with plaintiff, who consents to this adjournment request. This request is the first of its kind and will not affect any other dates or deadlines. The parties would be available for a final pre-trial conference any time on March 18, 2020, any time on March 19, 2020 except for 11 a.m.,[1] and from 9 a.m. to 12 p.m. on March 20, 2020.

---

[1] The undersigned must attend an initial conference before the Honorable Annalisa Torres on March 19, 2020 at 11 a.m. in *Robles v. City of New York, et al.*, 19 Civ. 6581.

Therefore, defendants respectfully request that the Court adjourn the final pre-trial conference currently scheduled for Friday, March 20, 2020 at 3 p.m. to any of the above-mentioned times or any other time convenient for the Court.

Thank you for your consideration herein.

Respectfully submitted,

Brachah Goykadosh
*Senior Counsel*
Special Federal Litigation Division