UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOTAM MAROM AND MIRIAM ROCEK,

                *Plaintiffs*,

   -against-

NYPD SERGEANT FIOR BLANCO, NYPD LEGAL
BUREAU LIEUTENANT DANIEL ALBANO,
NYPD LEGAL BUREAU DETECTIVE KENNETH
O'DONNELL, NYPD OFFICER MICHAEL
GALGANO, SHIELD NO. 2671, NYPD OFFICER
CYNTHIA BOYLE, SHIELD 06663,

                *Defendants*.
------------------------------------------------------------------X

15 CV 2017 (PKC)(SN)

**PLAINTIFF'S NOTICE OF MOTION FOR TRIAL AND EVIDENTIARY RULINGS**

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated January 24, 2020 in Support of Plaintiff's Motion *In Limine* and for certain evidentiary rulings, and the Declaration of Jessica Massimi, and Exhibits attached thereto and referenced therein, and all of the prior pleadings and proceedings had herein, Plaintiff, Miriam Rocek, will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time that is convenient for the Court, for an Order granting Plaintiff's request for the evidentiary rulings requested in her attached memorandum of law.

DATED:    January 24, 2020
                New York, NY

/S/
_____
Jessica Massimi
*Attorney for Plaintiff*
Miriam Rocek
99 Wall Street, Suite 1264
New York, NY 10005
jessica.massimi@gmail.com
646-241-9800