UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOTAM MAROM AND MIRIAM ROCEK,

          *Plaintiffs*,

   -against-

NYPD SERGEANT FIOR BLANCO, NYPD LEGAL
BUREAU LIEUTENANT DANIEL ALBANO,
NYPD LEGAL BUREAU DETECTIVE KENNETH
O'DONNELL, NYPD OFFICER MICHAEL
GALGANO, SHIELD NO. 2671, NYPD OFFICER
CYNTHIA BOYLE, SHIELD 06663,

          *Defendants*.
------------------------------------------------------------------X

15 CV 2017 (PKC)(SN)

**DECLARATION OF JESSICA MASSIMI IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE***

    **JESSICA MASSIMI,** pursuant to 28 U.S.C. § 1746, and subject to penalty of perjury, declares the following is true and correct:

1. I am an attorney duly admitted to practice law before this Court.

2. I represent Plaintiff, Miriam Rocek, in this matter. As such, I am fully familiar with the facts and circumstances of this action. This declaration is submitted to put forth certain documents before this Court in support of Plaintiff's motion *in limine*.

3. Annexed hereto as Exhibit "1" is an excerpt of the Defendant City of New York's answers to interrogatories in another matter, *Gyasi v. The City of New York, et al.*, 5 CV 9453 (SAS)(GWG).

4. Annexed hereto as Exhibit "2" is an excerpt of a transcript of a proceeding from *Gyasi v. The City of New York, et al.*, 5 CV 9453 (SAS)(GWG).

5. Annexed hereto as Exhibit "3" are excerpts of a transcript of a proceeding from *Williams v. The City of New York, et al.*, 11 CV 5202 (JGK).

6. Annexed hereto as Exhibit "4" are excerpts of a pretrial hearing in *Perez v. Duran*, 11 Civ. 5399 (JGK) (S.D.N.Y. Sept. 18, 2014).

DATED:    January 24, 2020
                New York, NY

/S/
_____
Jessica Massimi
*Attorney for Plaintiff*
Miriam Rocek
99 Wall Street, Suite 1264
New York, NY 10005
jessica.massimi@gmail.com
646-241-9800