UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MIRIAM ROCEK,

                              Plaintiff,

           -against-

NYPD SERGEANT FIOR BLANCO, NYPD LEGAL
BUREAU LIEUTENANT DANIEL ALBANO,
NYPD LEGAL BUREAU DETECTIVE KENNETH
O'DONNELL, NYPD OFFICER MICHAEL GALGANO
and NYPD OFFICER CYNTHIA BOYLE,

                              Defendants[1]

[PROPOSED]
JOINT PRETRIAL ORDER

15 Civ. 2017 (PKC)(SN)

------------------------------------------------------------------------ x

       The Parties in the above-captioned action, having conferred among themselves through counsel, hereby submit the following proposed Joint Pretrial Order:

**I.**    **The names, addresses, cell phone numbers and email addresses of all counsel participating in the trial:**

## Plaintiff's Counsel

1. Gideon Orion Oliver
   *Attorney for Plaintiff*
   Miriam Rocek
   277 Broadway, Suite 1501
   New York, NY 10007
   Tel: (646) 263-3495
   Fax: (646) 349-2914
   Email: gideon@gideonlaw.com

2. Elena Cohen

---

[1] Defendants have amended the caption to reflect the only parties remaining in this action following the Court's Opinion and Order dated March 7, 2018) (Dkt No. 48), the Court's Opinion and Order dated July 25, 2019) (Dkt. No. 164 and by stipulation of the parties. (Dkt. No. 138). Plaintiff's position is that such an amendment would require an application to the Court.

    Cohen & Green PLLC
*Attorney for Plaintiff*
Miriam Rocek
1639 Centre Street, Suite 612
Ridgewood, NY 11385
Tel: (929) 888-9480
Fax: (929) 888-9457
elenacohenesq@gmail.com

3. Jessica Massimi
   *Attorney for Plaintiff*
   Miriam Rocek
   99 Wall Street, Suite 1264
   New York, NY 10005
   jessica.massimi@gmail.com
   646-241-9800

   **<u>Defendants' Counsel</u>**

   James E. Johnson
   Corporation Counsel of the City of New York
   100 Church Street, 3rd Floor
   New York, New York 10007
   By:    Amy Robinson
          Telephone: (212) 356-3518
          Email: arobinso@law.nyc.gov


          Brachah Goykadosh
          *Senior Counsel*
          Telephone: (212) 356-3523
          Email: bgoykado@law.nyc.gov

II. **Stipulations of fact and testimony, including a certification by lead trial counsel for all parties that they have met face-to-face for the purpose of endeavoring to reach agreement upon stipulations of fact and stipulations of testimony and the content of their stipulations:**

There are no stipulated facts and testimony. Counsel for the parties met face-to-face for the purpose of endeavoring to reach agreement upon stipulations of fact on February 20, 2020.

**III. A statement of the claims and defenses that remain to be tried. Any claim or defense not so identified is deemed withdrawn:**

**Plaintiff's Statement**

Plaintiff Miriam Rocek's remaining claims to be tried are claims for violations of her so-called "fair trial rights" rights protected under the Fifth, Sixth, and/or Fourteenth Amendments to the United States Constitution to be free from being deprived of life, liberty, or property as the result of Defendants' having forwarded fabricated information to prosecutors.

Those claims remain against Defendants Daniel Albano, Fior Blanco, Cynthia Boyle, Michael Galgano, and Kenneth O'Donnell.

**Defendants' Statement**

Following the Court's Opinion and Order dated March 7, 2016 (Dkt. No. 48), and the Court's Opinion and Order dated July 29, 2019 (Dkt. No. 66), plaintiff's only remaining claim to be tried by the jury is plaintiff's 42 U.S.C. §1983 denial of right to fair trial claim against Defendants Fior Blanco, Daniel Albano, Kenneth O'Donnell, Michael Galgano and Cynthia Boyle and damages arising therefrom.

Defendants' defenses are as follows:

i. Defendants did not fabricate material evidence against the plaintiff.

ii. Defendants have not violated any rights, privileges, or immunities under the Constitution of laws of the United States or the State of New York or any political subdivision thereof, nor has Defendant violated any acts of Congress providing for the protection of civil rights.

iii. Defendants submit that they may be entitled to the defense of qualified immunity.

iv. Any injury alleged to have been sustained resulted from Plaintiff's own culpable or negligent conduct and was not the proximate result of any act of defendants.

**IV. A statement by each party as to whether the case is to be tried with or without a jury, and the number of trial days needed:**

Plaintiff's Statement. Plaintiff has requested a trial by jury. Plaintiff estimates that the trial will last approximately four to five days from jury selection until the jury is charged

Defendants' Statement. This case is to be tried by a jury and defendants estimate that trial will require three to four days.

**V.     A page and line designation of deposition testimony to be offered by each party on the party's case in chief, with any cross-designations and objections by any other party:**

Plaintiff's designations:

> At this time, Plaintiff does not intend to use "read-ins" of any deposition testimony in her case-in-chief because she has informed Defendants she intends to present testimony from Defendants and certain third-party witnesses who were deposed in this case and in the related *Caravalho* matter, but reserves the right to use any deposition for impeachment purposes or in the event that any witness becomes unavailable for testimony at trial or in any other manner authorized by the Federal Rules of Civil Procedure and the Federal Rules of Evidence should it become necessary.

Defendant's designations:

> Defendants are not designating any prior deposition testimony for their case-in-chief, but respectfully reserve the right to utilize deposition testimony in any manner authorized by the Federal Rules of Evidence and the Federal Rules of Civil Procedure should it become necessary including, but not limited to, for impeachment. Additionally, defendants object to use of deposition testimony of any witness not present at trial unless the party seeking to introduce such testimony has made a showing that the witness is unavailable as defined by Rule 804 of the Federal Rules of Evidence.

**VI.     A list by each party of exhibits to be offered in the party's case-in-chief, with one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any ground:**

Plaintiff's list:

| **Exhibit** | **Description** | **Objection(s)[2],[3]** |
|---|---|---|

---

[2] Per the Court's Individual Rules of Practice, this column contains only "one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any ground."

With respect to Defendants' statements that they "cannot verify the authenticity" of certain exhibits: Defendants have copies of all of the documents referred to in the JPTO with the possible exception of the final proposed exhibit because they were produced to Defendants in *Marom* (and in some cases, the documents were produced to Defendants in both *Marom* and *Caravalho*); and because they were also filed as part of Plaintiff's summary judgment briefing in this case. Moreover, Defendants have had Plaintiff's proposed JPTO for two weeks and never once raised any concerns that they could not verify the authenticity of any of Plaintiff's proposed exhibits until this afternoon. Upon learning of Defendants' purported concerns on the afternoon the proposed JPTO is due to the Court, Plaintiff's counsel offered to provide Defendants with courtesy copies of the exhibits without Bates Numbers that Defendants' counsel claim they cannot verify the authenticity of.

| Letter | | |
|---|---|---|
| A. | Mass Arrest Report - D593b-D600b | * |
| B. | After-Action Report - *Caravalho* D49-D57 | * |
| C. | Video exhibit, "Inside the NYPD Re-Eviction of Liberty Square M17.mp4" ("NYPD Re-Eviction")[4] | |
| D. | Video exhibit, "NYPD's Iron Fist_ OWS Re -Occupation Arrests Protester Has Seizure in Handcuffs.mp4" ("NYPD Iron Fist") | |
| E. | Video exhibit, "(2_2) NYPD violence v. OWS - March 17, 2012 (OWS 6 Month Anniversary).mp4" ("NYPD Violence") | |
| F. | Video exhibit, ""#ows arrests inside Zuccotti park during reoccupation 31712 #m17.mp4" | |
| G. | NYPD Violence Still, 3:18 | |
| H. | NYPD Violence Still, 3:20 | |
| I. | NYPD Re-Eviction Still, 0:18 | |
| J. | NYPD Violence Still, 3:22 | |
| K. | NYPD Violence Still, 3:24 | |
| L. | NYPD Re-Eviction Still, 0:34 | |

Defendants' position is that Defendants cannot stipulate to the authenticity of documents that are not properly identified as having been produced in this case.

[3] An asterisk simply is an indication that a custodian of record does not need to be called to verify the exhibit as a true copy. An asterisk does not affect any other objection and it is not a concession of admissibility without a proper witness.

[4] The video exhibit titles are taken from the filenames of the videos as they were exchanged by the parties.

| | | |
|---|---|---|
| M. | NYPD's Iron Fist Still, 1:32 | |
| N. | NYPD's Iron Fist Still, 2:55 | |
| O. | NYPD's Iron Fist Still, 3:09 | |
| P. | Rocek Photo of Torn Coat - P000116 | |
| Q. | Rocek Torn Coat | |
| R. | Rocek journal entry | |
| S. | NYPD Roll Call - *Caravalho* D496-D514 | * |
| T. | December 18, 2014 Letter from Joy Anakhu to Rebecca Heinegg and Gideon Oliver in *Caravalho* | * |
| U. | February 3, 2015 Letter from Joy Anakhu to Rebecca Heinegg and Gideon Oliver in *Caravalho* | * |
| V. | Second February 3, 2015 Letter from Joy Anakhu to Rebecca Heinegg and Gideon Oliver in *Caravalho* | * |
| W. | *THE EXHIBIT FORMERLY DESIGNATED AS "W" HAS BEEN OMITTED AS DUPLICATIVE* | |
| X. | Initial Arrest Summary - *Caravalho* D94 | * |
| Y. | PG 213-05 – Duties at An Unusual Disorder - *Caravalho* D418-D426 | * |
| Z. | PG 213-06 – Large Scale Arrest Processing Procedure - *Caravalho* D427-D428 | * |
| AA. | PG 213-11 – Policing Special Events/Crowd Control - *Caravalho* D429-D434 | * |
| BB. | PG 213-15 – Duties and Responsibilities at Special Events - *Caravalho* D435-D440 | * |

| | | |
|---|---|---|
| CC. | PG 208-03 – Arrests/General Processing | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| DD. | PG 208-15 – Arrest Report Preparation at Stationhouse | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| EE. | PG 208-20 – Turnover Arrests | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| FF. | Legal Bureau Online Booking Sheet ("OLBS") Narrative.- D181 | |
| GG. | Albano Overtime Report - D263-D264 | * |
| HH. | O'Donnell Overtime Report - D265 | * |
| II. | O'Donnell Overtime Tracking Sheet - D266-D267 | * |
| JJ. | Rocek OLBS Report – Arrest # M12624791 – Bates No. D011-D014[5] | * |
| KK. | Rocek OLPA Report - D015-D016 | * |
| LL. | Rocek DA Datasheet - 000144, 000147-000149 | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| MM. | Rocek Complaint - D97-D98 | * |
| NN. | Rocek Court Action Sheet - D206-D207, D215 | * |
| OO. | Rocek Certificate of Disposition - D044 | * |

---

[5] For each OLBS Report, the Arrest # (beginning with an "M") is listed first, followed by the corresponding Bates Nos.

| | | |
|---|---|---|
| PP. | Google Map of Area Surrounding Zuccotti Park marked by Defendant Boyle at her deposition | |
| QQ. | Boyle OLBS Reports<br><br>M12624775 - D328-D331<br>M12624781 - D334-D337<br>M12624787 - D430-D433<br>M12624794 - D495-D498 | * |
| RR. | Boyle Complaints | * |
| SS. | *THE EXHIBIT FORMERLY DESIGNATED AS "SS" HAS BEEN OMITTED AS DUPLICATIVE* | |
| TT. | Boyle OLPA Reports | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| UU. | Boyle DA Datasheet - 000144, 000147-000149 | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| VV. | Galgano OLBS Reports<br><br>M12624773 - D001-D004<br>M12624808 - D268-D271<br>M12624780 - D274-D277<br>M12624797 - D280-D283<br>M12624790 - D489-D492 | * |
| WW. | Galgano DA Datasheet - 000182-000185 | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| XX. | Galgano Complaint | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| YY. | Galgano Decline to Prosecute ("DP") Forms | As exhibit is not identified with Bates |

|      |                                                                                                                                                              |                                                                                             |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------|
|      |                                                                                                                                                              | number defendants cannot verify authenticity                                                |
| ZZ.  | Galgano Memo Book - D025-D029                                                                                                                                | *                                                                                           |
| AAA. | Blanco Memo Book - D034-D042                                                                                                                                 | *                                                                                           |
| BBB. | Valentine OLBS Reports<br><br>M12624801 - D018-D021<br>M12624820 - D340-D343<br>M12624807 - D346-D349<br>M12624832 - D352-D355<br>M12624813 - D358-D361       | *                                                                                           |
| CCC. | Valentine DA Datasheets                                                                                                                                      | As exhibit is not identified with Bates number defendants cannot verify authenticity        |
| DDD. | Valentine Complaints                                                                                                                                         | As exhibit is not identified with Bates number defendants cannot verify authenticity        |
| EEE. | Valentine Memo Book - D30-D31                                                                                                                                | *                                                                                           |
| FFF. | Viviano Memo Book – *Caravalho* D344-D350, D441                                                                                                              | *                                                                                           |
| GGG. | Ahmed OLBS Reports<br><br>M12624858 - D406-D409,<br>M12624856 - D412-D415,<br>M12624857 - *Caravalho* D1-D4<br>M12624862 - *Caravalho* D5-D8<br>M12624860 - *Caravalho* D17-D20 | *                                                                                           |
| HHH. | Ahmed DP Forms                                                                                                                                               | As exhibit is not identified with Bates number defendants cannot verify authenticity        |
| III. | Ahmed Memo Book - *Caravalho* D316-D318                                                                                                                      | *                                                                                           |
| JJJ. | A. Rodriguez OLBS Reports<br><br>M12624846 - D507-D510<br>M12624821 -D513-D516                                                                               | *                                                                                           |

|  |  |  |
|---|---|---|
|  | M12624853 - D525-D528<br>M12624835 - *Caravalho* D13-D16<br>M12624838 - *Caravalho* D29-D32 |  |
| KKK. | A. Rodriguez DP Forms | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| LLL. | A. Rodriguez Memo Book - *Caravalho* D332-D336 | * |
| MMM. | Ho OLBS Reports<br><br>M12624766 - D364-D367<br>M12624774 -D460-D463<br>M12624792 - D466-D469<br>M12624785 - D472-D475<br>M12624776 - D478-D481 | * |
| NNN. | Ho Complaints | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| OOO. | Li OLBS Reports<br><br>M12624851 - D376-D379<br>M12624843 - D394-D397<br>M12624839 - *Caravalho* D9-D12<br>M12624847 - *Caravalho* D21-D24<br>M12624825 - *Caravalho* D33-D36 | * |
| PPP. | Li DP Forms | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| QQQ. | Li Memo Book - *Caravalho* D326-D331 | * |
| RRR. | L. Rodriguez OLBS Reports<br><br>M12624810 - D531-D534<br>M12624803 - D537-D540<br>M12624799 - D543-D546<br>M12624811 - D549-D552<br>M12624816 - D555-D558 | * |

| | | |
|---|---|---|
| SSS. | L. Rodriguez Complaints | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| TTT. | Lindao OLBS Reports<br><br>M12624828 - D286-D289<br>M12624824 - D292-D295<br>M12624833 - D298-D301<br>M12624831 - D304-D307<br>M12624836 -D322-D325 | * |
| UUU. | Lindao DP Forms | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| VVV. | Lindao Complaints | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| WWW. | Sullo OLBS Reports<br><br>M12624783 - D436-D439<br>M12624834 - D442-D445<br>M12624827 - D448-D451<br>M12624837- D454-D457<br>M12624840 - D501-D504 | * |
| XXX. | Sullo DP Forms | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| YYY. | Sullo Complaint | As exhibit is not identified with Bates number defendants cannot verify authenticity |
| ZZZ. | Waring OLBS Reports<br><br>M12624866 -D400-D403<br>M12624873 - D484-D486 | * |

| AAAA. | Waring Complaint | As exhibit is not identified with Bates number defendants cannot verify authenticity |
|---|---|---|
| BBBB. | Defendants' Responses and Objections to Plaintiffs' Supplemental Requests for Admissions dated May 23, 2016 | * |
| CCCC. | Defendants' First Supplemental Responses and Objections to Plaintiffs' Supplemental Requests for Admissions dated July 20, 2016 | * |
| DDDD. | Defendants' Rule 26(a) Disclosures dated October 18, 2016 | * |
| EEEE. | Defendants' Responses and Objections to Plaintiffs' Interrogatories and Document Demands dated November 10, 2016 | * |
| FFFF. | Arrest Processing Summary (demonstrative exhibit) | |
| GGGG. | PG 203-08 – Making False Statements | As exhibit is not identified with Bates number defendants cannot verify authenticity |

- Plaintiff reserves the right to use additional illustrative exhibits prepared for the purposes of trial.

- Plaintiff reserves the right to use any of the items on Defendants' exhibit list, without waiving any appropriate objections to introduction of same.

- Plaintiff reserves the right to amend this exhibit list for good cause.

Defendant's list:[6]

| Exhibit Letter | Description | Objection(s), if any |
|---|---|---|

---

[6] Defendants reserve the right to use plaintiff's exhibits for any purpose and reserves the right to amend their exhibit list.

| Exhibit Letter | Description | Objection(s), if any |
|---|---|---|
| A. | NYPD TARU Video—Det. Beatty and Stills of Video | |

    **VII.**   **A statement of the damages claimed and any relief sought, including the manner and method used to calculate the claimed damages and a breakdown of its elements:**

Ms. Rocek claims damages for the deprivations of liberty she suffered after her arrest, including in the form of being detained for 22 hours post-arrest, being formally arraigned and charged with criminal violations, being released on her own recognizance subject to New York Criminal Procedure Law § 510.40, being required to appear in court five additional times, and having criminal charges pending against her for over a year, as well as related reputational harm and "garden variety" emotional distress.

Plaintiff is also seeking punitive damages against the Defendants related to their unconstitutional conduct.

Plaintiff is seeking attorney's fees and costs pursuant to 42 U.S.C. Section 1988.

Plaintiff respectfully submits that the jury will determine damages in the manner it deems appropriate.

    **VIII.**   **The name, and if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises:**

Plaintiff's Witness List:

Parties

1. Plaintiff Miriam Rocek

2. Defendant Lt. Daniel Albano
3. Defendant Sgt. Fior Blanco
4. Defendant Cynthia Boyle, Shield # 06663
5. Defendant Michael Galgano, Shield # 2671
6. Defendant Kenneth O'Donnell

Third-Party Witnesses

7. NYPD Officer Steven Valentine, Shield # 13585

8. NYPD Officer Jabded Ahmed, Shield # 19415

9. NYPD Officer Cheung Li, Shield # 5474
   10. NYPD Officer Alexis Rodriguez, Shield # 28722
   11. NYPD Chief Joseph Esposito
   12. NYPD Inspector Edward Winski
   13. NYPD Lt. Frank Viviano

- In addition to the witnesses listed, Plaintiff reserves the right to call any of the witnesses listed by Defendants.

- Plaintiff further reserves the right to call additional witnesses for purposes of rebuttal and/or impeachment.

Defendant's Witness List:

   1. NYPD Chief Edward Winski

   2. NYPD Lieutenant Daniel Albano

   3. NYPD Detective Kenneth O'Donnell (currently on military leave. Defendants are attempting to determine if he will return before trial)

   4. NYPD Sergeant Fior Blanco

   5. NYPD Officer Michael Galgano

   6. ADA Patricia Stolfi-Collins (or other representative from DANY)

   7. ADA Kristen Mercani (or other representative from DANY)

   8. NYPD Detective Michael Beatty (or other representative from the NYPD TARU unit)

**SO ORDERED.**

**Dated: _____, 2020**
      **New York, New York**

                                      **HONORABLE P. KEVIN CASTEL**
                                      **UNITED STATES DISTRICT JUDGE**

                            **\*\*\*\***

Dated: February 21, 2020
Brooklyn, New York

GIDEON ORION OLIVER, ESQ.
*Attorneys for Plaintiff*
277 Broadway
Suite 1501
New York, New York 10007

By: _____
GIDEON ORION OLIVER, ESQ.

Respectfully Submitted,

JAMES E. JOHNSON
Corporation Counsel of
 the City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-5053

By: _____
AMY ROBINSON