UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YOTAM MAROM AND MIRIAM ROCEK,

                *Plaintiffs*,

   -against-

NYPD SERGEANT FIOR BLANCO, NYPD LEGAL
BUREAU LIEUTENANT DANIEL ALBANO,
NYPD LEGAL BUREAU DETECTIVE KENNETH
O'DONNELL, NYPD OFFICER MICHAEL
GALGANO, SHIELD NO. 2671, NYPD OFFICER
CYNTHIA BOYLE, SHIELD 06663,

                *Defendants*.
------------------------------------------------------------------X

15 CV 2017 (PKC)(SN)

**REPLY DECLARATION OF JESSICA MASSIMI IN FURTHER SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE***

    **JESSICA MASSIMI,** pursuant to 28 U.S.C. § 1746, and subject to penalty of perjury, declares the following is true and correct:

1. I am an attorney duly admitted to practice law before this Court.

2. I represent Plaintiff, Miriam Rocek, in this matter. As such, I am fully familiar with the facts and circumstances of this action. This declaration is submitted to put forth certain documents before this Court in support of the reply memorandum of law in support of Plaintiff's motion *in limine*.

3. Annexed hereto as Exhibit "1" is the transcript of the pre-trial hearing in *Feeley v. The City of New York, et al.*, 15 CV 8349 (PKC).

4. Annexed hereto as Exhibit "2" is an Order Resolving Motions *In Limine* from *Ellis v. The City of New York, et al.*, 6 CV 4827 (LTS)(RLE).

DATED:    February 21, 2020
               New York, NY

2

/S/
_____
Jessica Massimi
*Attorney for Plaintiff*
Miriam Rocek
99 Wall Street, Suite 1264
New York, NY 10005
jessica.massimi@gmail.com
646-241-9800