```
                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Civil Action No. 15-cv-2017 (PKC) (SN)
 5    ---------------------------------------x
 6    YOTAM MAROM, MIRIAM ROCEK, and DON FITZGERALD,
 7                     Plaintiffs,
 8          - against -
 9    NEW YORK POLICE DEPARTMENT SERGEANT FIOR
10    BLANCO, NEW YORK POLICE DEPARTMENT LEGAL
11    BUREAU OFFICER OLEG CHERNYAVSKY, NEW YORK
12    POLICE DEPARTMENT OFFICER MICHAEL GALGANO,
13    Shield No. 2671, NEW YORK POLICE DEPARTMENT
14    OFFICER CYNTHIA BOYLE, Shield No. 06663, NEW
15    YORK POLICE DEPARTMENT OFFICER STEVEN
16    VALENTINE, Shield No. 13585, and NEW YORK
17    POLICE DEPARTMENT OFFICERS JOHN & JANE DOE #
18    1-15 (the names being fictitious, as the true
19    names and shield numbers are not presently
20    known), in their individual and official
21    capacities,
22                     Defendants.
23    ---------------------------------------x
24    (Continued.)
25
```

Page 14

1          VALENTINE
2    Q     I am just going to caution you not to
3    reveal in response to my questions the
4    contents of any communications that you had
5    with Ms. Robinson because I am not trying to
6    get around the attorney, client privilege,
7    which usually will protect the contents of
8    those communications.
9          MR. OLIVER:  Correct me if I am
10   wrong.
11         MS. ROBINSON:  Correct.  Don't
12   discuss anything we have discussed.
13   Q     The contents, correct, of the
14   communications.  The question was which
15   documents did you review on December 13th.  I
16   think you got as far as the on-line.
17   A     The affidavit, the vouchers and there
18   was a little piece of paper with -- I don't
19   know what you call it, pedigree or story.
20   Q     Anything else in terms of documents
21   that you reviewed on the 13th?
22   A     Not that I remember.  That is all
23   that comes to my head.
24         MR. OLIVER:  I am going to show the
25   witness what has been marked as Valentine1.

| | |
|---|---|
| 1 | VALENTINE |
| 2 | These are documents that were disclosed by |
| 3 | email this morning by opposing counsel and that |
| 4 | opposing counsel was kind enough to bring hard |
| 5 | copies of to the deposition.  I have marked |
| 6 | them collectively as Valentine 1.  They are not |
| 7 | yet Bates numbered, but I understand they will |
| 8 | be reproduced with Bates numbers. |
| 9 | Just note that on Pages 2 and 3 of the |
| 10 | OLBS, the third-party arrest ID has appeared to |
| 11 | be redacted, which I don't think is consistent |
| 12 | with the court's order to disclose third-party |
| 13 | arrest numbers, which at any rate have already |
| 14 | been disclosed as part of the mass arrest |
| 15 | report.  So, I am requesting when the Bates |
| 16 | number copy is produced, it not contain those |
| 17 | redactions on those pages of the OLBS report. |
| 18 | MS. ROBINSON:  Your request is noted. |
| 19 | Q    Officer Valentine, I am showing you |
| 20 | what has been marked as Valentine 1.  Let me |
| 21 | know when you have had an opportunity to |
| 22 | review it. |
| 23 | (Exhibit handed to witness.) |
| 24 | A    Alright. |
| 25 | Q    Do you recognize those documents? |

```
                                                    Page 16
 1                         VALENTINE
 2       A      Yes.
 3       Q      Are those all the documents that you
 4   reviewed on December 13th to prepare for your
 5   deposition?
 6       A      Yes.
 7       Q      Did you review any documents on
 8   December 13th to prepare for your deposition
 9   aside from those documents that are included
10   in Valentine 1?
11       A      No.
12       Q      On December 13th, did you review any
13   photographs to prepare for your deposition?
14       A      No.
15       Q      I am sorry, aside from the photo that
16   is included --
17       A      Yes, on the on-line movement slip.
18       Q      There is a prisoner movement slip in
19   Valentine 1 and that contains a photo, right?
20       A      Yes.
21       Q      You reviewed that, right?
22       A      Yes.
23       Q      Aside from that photo, did you review
24   any photos to prepare for the deposition on
25   December 13?
```

1                    VALENTINE
2     precinct came back --
3         A       Like I remember fingerprinting a
4     whole bunch of purps.
5         Q       What else?
6         A       With this, I don't know what you want
7     to call it, Valentine 1, Page 1, I guess.
8         Q       Okay.
9         A       I believe someone from legal gave it
10    to me, I remember something, but I don't know
11    who.  I remember speaking to someone from
12    legal, but I am not one hundred percent sure.
13        Q       Where did that conversation occur?
14        A       It occurred at 14th, Midtown South
15    Precinct.
16        Q       Do you remember who from legal gave
17    it to you?
18        A       No.
19        Q       You know Dan Albano?
20        A       Sounds familiar, but I am not sure.
21        Q       You don't know Dan Albano from the
22    legal bureau from working on the task at
23    protests?
24        A       The name rings a bell.  If I had a
25    picture, I couldn't point to him.

Page 22

1                      VALENTINE
2      Q      You couldn't?
3      A      I don't think so.  Maybe recognize
4   him by face, I don't know.
5      Q      Tell me what you remember about the
6   person from the legal bureau that gave it to
7   you.
8      A      I remember going to see somebody sit
9   down with them and they reviewed the charges,
10  and they were just basically asking a couple
11  of questions.  They had me say what I wanted
12  to say and then they kind of reviewed the
13  charges.
14     Q      Do you remember anything about what
15  that person looked like?
16     A      No.
17     Q      Do you remember their apparent
18  gender?
19     A      No.  Maybe male.  I believe male.
20     Q      Do you remember if they had hair on
21  their head?
22     A      No.
23     Q      Do you remember what color hair they
24  had on their head?
25     A      No.

Page 23

1              VALENTINE
2     Q     Do you remember approximately how
3  tall they were?
4     A     No.
5     Q     Do you remember approximately what
6  they weighed?
7     A     No.
8     Q     Was it a person you had ever seen
9  before?
10    A     I don't know.
11    Q     You are not sure?
12    A     Because I don't remember.
13    Q     Do you know Kenneth O'Donnell?
14    A     No.
15    Q     Do you know Oleg Chern, C-H-E-R-N?
16    A     No.
17    Q     Aside from the ways that you have
18  just explained, did reviewing the documents in
19  Valentine 1 refresh your recollection about
20  the events of March 17th to 18th, 2012 in any
21  other ways?
22    A     No.  I don't think so.
23    Q     Did reviewing the photo included in
24  Valentine 1 refresh your recollection about
25  the events of March 17th to 18th, 2012 in any

Page 109

1                    VALENTINE
2      A      It would have just been my five.
3      Q      At what point did you complete those
4   scratch copies, before you started
5   fingerprinting?
6      A      Yes.
7      Q      So, tell me what you did to create
8   those scratch OLBS's?
9      A      I don't remember.
10     Q      You don't remember at all?
11     A      No.  I mean, I can tell you what
12  would have happened is --
13     Q      Well, usually when you do an OLBS, do
14  you have assistance from somebody from the
15  legal borough?
16     A      I normally, yes.
17     Q      Normally yes?
18     A      In these type of situations.
19     Q      When you say in these type of
20  situations, what type of situations?
21     A      Like mass arrests, critical mass,
22  usually in large demonstrations.
23     Q      I see.  Was there a legal bureau
24  attorney who was present at Midtown South
25  Precinct?

```
                                                     Page 110
 1                       VALENTINE
 2      A      I believe so.
 3      Q      You remember me asking you questions
 4   earlier in the deposition about that person?
 5      A      Yes.
 6      Q      It is a couple of hours later, you
 7   have been reliving the events of the 17th to
 8   the 18th for a couple of hours.  So, sitting
 9   here now, do you remember who that legal
10   bureau attorney was?
11      A      No.
12      Q      Sitting here now, do you remember
13   what they looked like?
14      A      No.  Besides just a white male.
15      Q      Tell me what you remember with
16   respect to your interaction with that person
17   on March 17th, 2012.
18      A      I believe that he went over, made
19   sure the charges were right and then he told
20   me about the story.
21      Q      Tell me what you mean like he told
22   you about the story.
23      A      This little piece of paper.
24             (Indicating)
25      Q      Page 1 of Valentine 1, the little
```

```
 1                    VALENTINE
 2     piece of paper, is that your handwriting?
 3      A     This is not, this.
 4            (Indicating)
 5      Q     The narrative up top is not your
 6     handwriting?
 7      A     No.
 8      Q     Whose handwriting is it?
 9      A     I don't know.  I believe it's someone
10     from legal, but I am not sure.
11            MR. OLIVER:  I will call for the
12     defendants to identify the author of the
13     narrative text in Page 1 of Valentine 1.
14            MS. ROBINSON:  Your request is noted.
15     We are working on that.
16            MR. OLIVER:  I will follow up in
17     writing.
18      Q     So, the writing on this document that
19     is in your handwriting is these two numbers
20     that I am pointing to, right?
21      A     Yes.
22      Q     What do those correspond to?
23      A     I don't know.  I was trying to figure
24     that out myself.  I know this is approximating
25     the time for the warnings and this is
```