UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MIRIAM ROCEK,

                Plaintiff,                15-cv-2017 (PKC)

       -against-                   ORDER

NYPD SERGEANT FIOR BLANCO, NYPD
LEGAL BUREAU LIEUTENANT DANIEL
ALBANO, NYPD LEGAL BUREAU
DETECTIVE KENNETH O'DONNELL, NYPD
OFFICER MICHAEL GALGANO, SHIELD NO.
2671, AND NYPD OFFICER CYNTHIA BOYLE,
SHIELD 06663,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The above-captioned matter is scheduled for trial on March 30, 2020 at 10:00 A.M.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           March 4, 2020